**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: October 28, 2010**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

```
In re: Brent D. Kaufmann            : Case Number 09-51705

       Analiza G. Kaufmann          : Chapter 7

                                    : Judge Hoffman
          Debtors.
```

**ORDER DISCHARGING CHAPTER 13 TRUSTEE**

It appearing that this case was originally filed as a Chapter 13 case and subsequently converted or dismissed, and;

It further appearing that the Chapter 13 Trustee's Final Report and Account was filed, notice was given, and no objections were filed, it is hereby

**ORDERED** that the services of the Chapter 13 trustee are hereby terminated and the Chapter 13 trustee is discharged of his trust. The surety on the bond of the Chapter 13 trustee is released with respect to the Chapter 13 portion of this case, except for any liability that may have accrued prior to this date.

```
Copies to:   Default List
             Frank M. Pees, 130 E. Wilson Bridge Road, Suite 200
                  Worthington, OH 43085
```

                              ###